UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALICIA SCOTT and JOHN SCOTT,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>PORSCHE CARS NORTH AMERICA, INC.; and DOES 1 through 10, inclusive<br><br>　　　　Defendants. | Case No. 8:24-cv-00767-DOC-JDE<br><br>District Judge: David O. Carter<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

　　Plaintiffs ALICIA SCOTT and JOHN SCOTT ("Plaintiffs") accepted PORSCHE CARS NORTH AMERICA, INC.'s Offer of Judgment Pursuant to Fed. R. Civ. P. 68 June 5, 2024.

　　Accordingly, the Court enters JUDGMENT in favor of Plaintiffs in the amount of $250,000.00, pursuant to the terms of the Rule 68 Offer.

　　**IT IS SO ORDERED.**

Date: June 7, 2024

　　　　　　　　　　　　　　　　　　_David O. Carter_
　　　　　　　　　　　　　　　　　　Hon. David O. Carter
　　　　　　　　　　　　　　　　　　District Judge